# *IN THE SUPREME COURT, STATE OF WYOMING*

## 2022 WY 142

*October Term, A.D. 2022*

November 9, 2022

IN THE MATTER OF THE PETITION
FOR WITHDRAWAL OF BAR
MEMBER:
COLLIN C. HOPKINS, 6-4032

### ORDER TERMINATING ATTORNEY'S MEMBERSHIP IN THE WYOMING STATE BAR

[¶1]    **This matter** came before the Court upon a Report and Recommendation Approving Request for Resignation and Petition for Withdrawal of Bar Member Collin C. Hopkins, filed herein October 31, 2022, by the Executive Director of the Wyoming State Bar, pursuant to Article I, Section 4 of the Bylaws of the Wyoming State Bar.  The State Bar requests that this Court approve Collin C. Hopkins's request that his membership in the Wyoming State Bar be terminated. After a careful review of the Report and Recommendation, the material attached thereto, and the file, this Court finds Mr. Hopkins's membership in the Wyoming State Bar should be terminated.  It is, therefore,

[¶2]    **ORDERED** that Collin C. Hopkins's membership in the Wyoming State Bar is terminated, effective October 31, 2022; and it is further

[¶3]    **ORDERED** that the Clerk of this Court shall docket this Order Terminating Attorney's Membership in the Wyoming State Bar as a matter coming regularly before this Court as a public record; and it is further

[¶4]    **ORDERED** that this Order Terminating Attorney's Membership in the Wyoming State Bar shall be published in the Wyoming Reporter and the Pacific Reporter; and it is further

[¶5]    **ORDERED** that the Clerk of this Court cause a copy of this Order Terminating Attorney's Membership in the Wyoming State Bar to be served upon Collin C. Hopkins.

[¶6]    **DATED** this 9th day of November, 2022.

BY THE COURT:

/s/

KATE M. FOX
**Chief Justice**